AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

East 29th Street LLC

V.

Wachovia Bank, N.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 02081**

TO: (Name and address of Defendant)

Wachovia Bank, N.A.
200 S. Biscayne Blvd, 13th Floor
Miami, FL 33131

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pryor Cashman, LLP
410 Park Avenue
New York, NY 10022
(212) 421-4100

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   MAR 03 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

　Executed on _____   _____
　　　　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EAST 29TH STREET LLC,

    Plaintiff,

    -against-

WACHOVIA BANK, N.A.,

    Defendant.
----------------------------------------X

Case No. 08 CV 02081
(Judge Scheindlin)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA  )
    S.S.:
COUNTY OF DADE    )

    ERNESTO VALDES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 5th day of March, 2008, at approximately the time of 9:40 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON upon WACHOVIA BANK, N.A. at 100 E. Flagler Street, Miami, FL, by personally delivering and leaving the same with DIONE CHUNG who informed deponent that _she_ holds the position of Officer with that company and is authorized by law to receive service at that address.

    DIONE CHUNG is a _Female Asian_, approximately _50_ years of age, stands approximately _5_ feet _4_ inches tall, weighs approximately _140_ pounds with _Black_ hair.

ERNESTO VALDES
D.C. #1111

Sworn to before me this
11th day of March, 2008

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com