ROSNER NOCERA & RAGONE, LLP
110 Wall Street - 23rd Floor
New York, New York 10005
Attorneys for Defendant
Wachovia Bank, National Association
Tel: (212) 635-2244
Fax: (212) 635-0533

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EAST 29TH STREET LLC,

          Plaintiff,

    -against-

WACHOVIA BANK, N.A.,

          Defendant.
------------------------------------------------------X

Case No. 08 CV 02081 (SAS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties that:

(1) The time for defendant Wachovia Bank, N.A., to answer, move or otherwise respond to plaintiff East 29th Street LLC's Complaint, including without limitation any motion under Fed. R. Civ. P.12(b) and sub-sections (3), (6) and (7) thereof, or otherwise based upon the pendency of a previously commenced Florida state court action, is hereby extended through and including April 25, 2008;

(2) In order for the parties to attempt a resolution of the various claims between them, plaintiff and defendant will not prosecute their claims in this case or take any discovery or other action against each other with respect to the matters asserted in the Complaint during the period of the extension of time to answer, move or respond to the Complaint set forth in paragraph "1;"

(3) If plaintiff and defendant fail to resolve the various claims between them with respect to the matters asserted in the Complaint by April 25, 2008, the time for

03-19-2008  11:29am  From-PRYOR CASHMAN LLP      2123260871      T-251  P.003/004  F-075

defendant to answer, move or respond to the Complaint as forth in paragraph "1" shall be May 28, 2008;

(4) This Stipulation may be executed in separate counterparts, each of which, when taken together shall be deemed a single document;

(5) Facsimile or e-mailed scan signatures on this Stipulation shall be treated and effective as if original signatures; and

(6) This Stipulation may be filed with the Court to be "So-Ordered" without

further notice by either party hereto after execution hereof.

Dated: New York, New York
March 14, 2008

PRYOR CASHMAN LLP
Attorneys for Plaintiff, East 29th Street LLC

By: _____
Todd E. Soloway (TS-9500)
Robert W. Ray (RR-4440)
410 Park Avenue
New York, New York 10022
(212) 421-4100


ROSNER NOCERA & RAGONE, LLP
Attorneys for Defendant, Wachovia Bank, N.A.

By: _____
John A. Nocera (JN-3399)
Peter A. Ragone (PAR-6714)
110 Wall Street, 23rd Floor
New York, NY 10005
(212) 635-2244

*No further extensions of time will be granted.*

SO ORDERED:

_____   3/20/08
HONORABLE SHIRA SCHEINDLIN
UNITED STATES DISTRICT JUDGE

toni/files/east29thstreetstp (word)