```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                     :
EAST 29th STREET LLC,                                :
                                                     :     ORDER OF
                    Plaintiff,                       :     DISCONTINUANCE
                                                     :
        -against-                                    :     08 Civ. 2081 (SAS)
                                                     :
WACHOVIA BANK, N.A.,                                 :
                                                     :
                    Defendant.                       :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

　　　　The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within forty-five (45) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                        SO ORDERED:

                                        _____
                                        Shira A. Scheindlin
                                        U.S.D.J.

Dated:     New York, New York
           April 8, 2008

## - Appearances -

**For Plaintiff:**

Robert W. Ray, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022
(212) 421-4100

**For Defendant:**

Anthony L. Cotroneo, Esq.
Rosner Nocera & Ragone, LLP
110 Wall Street - 23rd Floor
New York, NY 10005
(212) 635-2244