# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022 Tel 212-421-4100 Fax: 212-326-0806

www.pryorcashman.com

JONATHAN T. SHEPARD

DIRECT TEL: 212-326-0496
DIRECT FAX: 212-515-6963
jshepard@pryorcashman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08

May 21, 2008

**VIA FACSIMILE: 212-805-7920**

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

RECEIVED
CHAMBERS OF
MAY 2008
JUDGE SCHEINDLIN

Re: East 29th Street LLC v. Wachovia Bank, N.A.
Case No. 08 CV 2081 (SAS)

Dear Judge Scheindlin:

We are counsel for the plaintiff in this action. We write to provide a status report on the settlement of the above-referenced action. The parties previously filed a request for an extension for defendant to answer, move or otherwise respond to the Complaint.

The settlement is essentially finalized, as the settlement agreement and accompanying releases have been approved in principal by the parties. The only remaining issues are the execution of the agreement and releases by the parties together with defendant effectuating payment of the settlement amount.

The parties therefore jointly request that the deadline by which either side may apply to restore the action to the calendar be extended three weeks, through and including June 13, 2008.

*This action may be restored to the calendar at any time through June 13, 2008.*

Respectfully submitted,

Jonathan T. Shepard

cc: Peter A. Ragone, Esq. (via facsimile)
Rosner Nocera & Ragone, LLP
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

So Ordered

5/13/08

7286638