UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EAST 29th STREET LLC,

        Plaintiff

-against-

WACHOVIA BANK, N.A.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

**ORDER**

08 Civ. 2081 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

Upon the joint request by the parties in the above-captioned action, IT IS HEREBY ORDERED that the deadline by which either side may apply to restore the action to the calendar be extended through and including June 13, 2008.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
      May __, 2008